UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ROONEY,<br><br>　　　　　　　　Petitioner<br><br>　v.<br><br>FRANKLIN TENNIS, et al.<br><br>　　　　　　　　Respondents. | CIVIL ACTION<br><br>No. 09-cv-399 |

**ORDER**

AND NOW, this 15th day of May , 2009, for the reasons stated in the accompanying memorandum, it is here by ORDERED that petitioner's request for relief pursuant to 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　/ s / Louis H. Pollak, J.
　　　　　　　　　　　　　　　　　Pollak, J.